IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 23-cv-01204-CNS-NRN | Date: November 16, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DILIP BALAKRISHNAN<br><br>**Plaintiff**<br><br>v.<br><br>TTEC Digital LLC<br><br>**Defendant** | *Elizabeth Austermuehle*<br>*Christina Mastrucci Lehn*<br><br><br><br><br>*Meghan Martinez*<br>*Melyssa Richardson* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  2:59 p.m.

Appearance of counsel.

Argument as to [12] Defendant's Motion to Dismiss Plaintiff's Complaint and Jury Demand given by Ms. Martinez and Ms. Mastrucci Lehn with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:**   **[12] Defendant's Motion to Dismiss Plaintiff's Complaint and Jury Demand is GRANTED in part and DENIED in part.**

> **The unjust enrichment claim, the breach of implied duty of good faith and fair dealing claim, and the negligent misrepresentation claim are DISMISSED without prejudice.**
>
> **Remaining claim is fraudulent inducement.**

**ORDERED:**   **Settlement conference with the Magistrate Judge is authorized.**

   **Plaintiff is granted leave to file an amended complaint on or before November 30, 2023.**

Court in Recess:  4:03 p.m.          Hearing concluded.          Total time in Court:  01:04